ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK (#131517)
Special Assistant United States Attorney
160Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| KIMYATTA THURMAN for Guardian Ad Litem for E.D.T,, Jr., | CV 13-06290-DFM |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| CAROLYN W. COLVIN,  Acting Commissioner of Social Security Administration, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED:   January 17, 2014

_____
HON. DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE